UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH WAYNE BONDS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-60 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

# ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME

Respondent's first motion for an extension of time to file his answer to Bonds' petition (D.E.8) is GRANTED.  The answer is due on or before **June 16, 2006.**

ORDERED this 3rd day of June, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE