IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH WAYNE BONDS,<br>Petitioner, | §<br>§<br>§ |
| V. | §    Civ. No. C-08-060 |
| NATHANIEL QUARTERMAN<br>Respondent | §<br>§<br>§<br>§ |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS AND GRANTING RESPONDENT'S MOTION TO DISMISS

Pending before the Court is the respondent's motion to dismiss, contained in the respondent's answer (D.E. 10). On August 20, 2008, the Magistrate Judge issued a memorandum recommending that the Court dismiss the petitioner's habeas action (D.E. 16). The petitioner has not filed any objections.

The Magistrate Judge recommended that respondent's motion be granted because the petitioner's cause of action is moot. An exhibit submitted by the respondent indicates that the petitioner was released to mandatory supervision on July 14th, 2008. The petitioner's habeas application challenged the loss of 30 days of good time credit. However, because the petitioner would lose all accumulated good time credit if he were to return to TDCJ-CID, a decision in his favor would not redress any injury suffered by him. Consequently, the dispute has become moot.

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation and hereby DISMISSES the petitioner's habeas action.

So ORDERED this _20_ day of October, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE